(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Angel Luis Arbolay

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

SPO Bryan Vettori and Detective Patrick McAndrew,

_____

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

Civ. Action No. 19 - 976
(To be assigned by Clerk's Office)

## COMPLAINT
_(Pro Se Prisoner)_

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**



FILED MAY 28 2019 US DISTRICT COURT DISTRICT OF DELAWARE

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

- ☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Arbolay Angel L
Name (Last, First, MI)

N/A
Aliases

00545150
Prisoner ID #

Howard R. Young Correctional Institution
Place of Detention

P.O. Box 9561 Wilmington, Delaware
Institutional Address

New Castle, Wilmington
County, City

DE
State

19809
Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>Vettori  Bryan</u>
Name (Last, First)

<u>P & P unit Supervisor</u>
Current Job Title

<u>314 Cherry Lane</u>
Current Work Address

<u>New castle</u>        <u>Delaware</u>        <u>19720/19702</u>
County, City           State              Zip Code


Defendant 2: <u>McAndrew  Patrick</u>
Name (Last, First)

<u>Detective</u>
Current Job Title

<u>100 Lagrange Avenue</u>
Current Work Address

<u>Newark</u>           <u>Delaware</u>        <u>19720/19702</u>
County, City           State              Zip Code


**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City        State        Zip Code

Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City        State        Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 207 South DuPont Street Apt. 3, Wilmington DE, 19805

Date(s) of occurrence: August 15th, 2019

State which of your federal constitutional or federal statutory rights have been violated:

Civil Rights Violation, Due Process

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

I was tackled into a ceramic bathroom appliance, which shattered and caused a wound to my forearm that resulted in seven stitches. In addition, I recieved deep-tissue bruising from being beaten upon, and nerve damage to my neck and back.

False reports were produced by Law Enforcement members to cover-up actual events, including medical method of transport and delivery.

I was held at a police station, instead of recieving immediate medical attention. When transported a personal vehicle was used as opposed to an ambulance, which much later transported me to St. Francis Hospital for treatment of several injuries.

> Who did what?

While I was at 207 South DuPont Street Apartment 3; GTF members and probation officers from DO52 Cherry Lane (P&P), performed an illegal entry and search. The primary reason for their arrival at the apartment, was an asumption a drug transaction took place.

To begin, they falsly state the door at the entrance to the apartment was, "unable to latch on its own", when in fact it was. Following the officers arrival to the entrance, I heard a loud "bang" from the bathroom where I was located. I was startled by the sound and was frozen in place, when I was aproached by and tackled by SPO Bryan Vittori. He slammed and kicked me several times. As a result of being thrown against the tolliet, it shattered causing a severe laceration to my forearm. My neck and back became injured from whiplash, and I was kneeded in the ripcage and hit several times while handcuffed. Resulting in bruising, and internal damage.

Following the event and my injuries, I was detained and transported to Troop 2 State Police barraks, where I was processed and sat with my injuries. I was in severe physical pain and light-headed during the duration of my "booking".

Once the process was completed; I finally recieved medical attention, following a long commute to St. Francis hospital. At no time was I placed in medical transport, nor were my open wounds covered. I remained handcuffed and transported via "personal vehicle".

In conclusion, false accounts of events, and false reports were generated; In order to "cover up" the actions and intentions of the on-scene officers.

**Was anyone else involved?** Various officers from GTF and Delaware State Police, In addition to officers from Delaware's Probation and Parole.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
   If no, explain why not:

Is the grievance process completed?   ☐ Yes   ☑ No
   If no, explain why not:

I recieved no medical attention or follow-up for the ongoing pain and discomfort of my injuries which were sustained from the incident.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Hold the listed officers criminally liable for their actions and clear abuse of power and authority. As a result of said action, financial compensation for my injuries, and my continued mental trauma.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

       If yes, how many? __N/A__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

__N/A__

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

5-20-19
Dated

Plaintiff's Signature

Arbolay Angel L
Printed Name (Last, First, MI)

00545150
Prison Identification #

P.O. Box 9561     Wilmington     DE     19809
Prison Address     City     State     Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M Angel L Arbolay
SBI# 00545-150    UNIT 2-J

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P. O. BOX 9561
WILMINGTON, DELAWARE 19809



U.S POSTAGE
ZIP 19802 $
02 4W
0000353533

FILED
MAY 29 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
EX-RA

United States District Court
844 N. King Street
Wilmington, DE
19801