**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANGEL LUIS ARBOLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-976-LPS |
| | ) | |
| SPO BRYAN VETTORI, | ) | |
| | ) | |
| Defendant. | ) | |

**~~[PROPOSED]~~ SCHEDULING ORDER**

This 29th day of June, 2021, IT IS ORDERED that:

1. Discovery. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

a. Discovery Cut Off. All discovery in this case shall be initiated so that it will be completed on or before **March 7, 2022.**

b. Document Production. Document production shall be substantially complete by **September 3, 2021.**

c. Requests for Admission. A maximum of 20 requests for admission are permitted for each side.

d. Interrogatories. A maximum of 25 interrogatories, including contention interrogatories, are permitted for each side.

e. Depositions. Each side is limited to a total of 8 hours of taking testimony by deposition upon oral examination.

f. Disclosure of Expert Testimony.

i. Expert Reports. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **October 4, 2021.** The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **December 3, 2021** . Reply expert reports from the party with the initial burden of proof are due on or before **January 10, 2022.** No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition.

ii. Objections to Expert Testimony. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), as incorporated in Federal Rule of Evidence 702, it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

2. Motions to Amend.

a. Any motion to amend (including a motion for leave to amend) a pleading shall ***NOT*** be accompanied by an opening brief but shall, instead, be accompanied by a letter, not to exceed three (3) pages, describing the basis for the requested relief, and shall attach the proposed amended pleading as well as a "blackline" comparison to the prior pleading.

b. Within seven (7) days after the filing of a motion in compliance with this Order, any party opposing such a motion shall file a responsive letter, not to exceed five (5) pages.

c. Within three (3) days thereafter, the moving party may file a reply letter, not to exceed two (2) pages, and, by this same date, the parties shall file a letter requesting a teleconference to address the motion to amend.

3. Motions to Strike.

a. Any motion to strike any pleading or other document shall ***NOT*** be accompanied by an opening brief but shall, instead, be accompanied by a letter, not to exceed three (3) pages, describing the basis for the requested relief, and shall attach the document to be stricken.

b. Within seven (7) days after the filing of a motion in compliance with this Order, any party opposing such a motion shall file a responsive letter, not to exceed five (5) pages.

c. Within three (3) days thereafter, the moving party may file a reply letter, not to exceed two (2) pages, and, by this same date, the parties shall file a letter requesting a teleconference to address the motion to strike.

4. Papers Filed Under Seal. When filing papers under seal, counsel shall deliver to the Clerk an original and one (1) copy of the papers. In accordance with section G of the Administrative Procedures Governing Filing and Service by Electronic Means, a redacted version of any sealed document shall be filed electronically within seven (7) days of the filing of the sealed document.

5. Courtesy Copies. The parties shall provide to the Court two (2) courtesy copies of all briefs and one (1) courtesy copy of any other document filed in support of any briefs (i.e., appendices, exhibits, declarations, affidavits etc.). This provision also applies to papers filed under seal.

6. Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **May 9, 2022.** Briefing will be presented pursuant to the Court's Local Rules. No case dispositive motion under Rule 56 maybe filed more than ten (10) days before the above date without leave of the Court.

7. Applications by Motion. Except as otherwise specified herein, any application to the Court shall be by written motion filed with the Clerk. Any non-dispositive motion should contain the statement required by Local Rule 7 .1.1.

8. Pretrial Conference and Trial. The pretrial conference and trial dates will be set for a date to be determined.

UNITED STATES DISTRICT JUDGE

Chart of All Proposed Relevant Deadlines

| EVENT | DEADLINE |
|---|---|
| Document Production | September 3, 2021 |
| Initial Disclosure of Expert Testimony | October 4, 2021 |
| Supplemental Disclosure to Contradict or Rebut Expert Testimony | December 3, 2021 |
| Reply Expert Reports | January 10, 2022 |
| Discovery Cut Off | March 7, 2022 |
| Case Dispositive Motions | May 9, 2022 |