**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANGEL LUIS ARBOLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-976-GBW |
| | ) | |
| SPO BRYAN VETTORI, | ) | |
| | ) | |
| Defendant, | ) | |

**[PROPOSED] ORDER GRANTING GREENBERG TRAURIG, LLP'S**
**MOTION TO WITHDRAW AS COUNSEL**

The Court, upon consideration of the findings related to Greenberg Traurig, LLP's Motion to Withdraw as Counsel, and having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED, this ____ day of __________, 2025, that Greenberg Traurig LLP's Motion to Withdraw as Counsel is GRANTED.

IT IS HEREBY FURTHER ORDERED THAT the Clerk of the Court refer representation of Plaintiff to another member of the Federal Civil Panel.

___________________________________
UNITED STATES DISTRICT JUDGE